# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form14instructions.pdf*

**9th Cir. Case Number(s)** 26-3069

**Case Name** Gharavi v. Google LLC

Requesting Party Name(s) Nima Gharavi

I am: ◉ The party requesting the extension.
○ Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

☒ Brief (*you **must** also complete the Declaration on page 3*)
☐ Motion to proceed in forma pauperis
☐ Motion for a certificate of appealability
☐ Response/opposition to a pending motion
☐ Reply to a response/opposition to a pending motion
☐ Certified Administrative Record
☐ Response to court order dated
☐ Other *(you **must** describe the document)*

The requested new due date is: July 29, 2026

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

Appellant requires a short extension of time to file the opening brief because a serious, ongoing medical condition has prevented Appellant from devoting the time necessary to complete the brief by the current due date, as set forth more fully in the supporting Declaration (page 3) and the attachment thereto.

**Signature** s/ Nima Gharavi **Date** Jul 20, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
*Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

○ I have previously requested an extension of time to file the document.

This motion is my [ ] request.
*(Examples: first, second)*

Bail/detention status (*select one*):

○ The defendant is incarcerated. The projected release date is: [ ].

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** [ ] **Date** [ ]
*(use "*s/[typed name]*" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the opening brief.
*(Examples: opening, answering, reply, first cross-appeal)*
2. The brief's current due date is: Jul 22, 2026
3. The brief's first due date was: Jun 22, 2026
4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

See attached explanation, incorporated herein by reference.

5. The position of the other party/parties regarding this request is:

☐ Unopposed.

☐ Opposed by *(name of party/parties opposing this motion):*

☒ Unknown. I am unable to verify the position of the other party/parties because:

Appellant sought Google's position on the evening of Sunday, July 19, 2026, and had not received a response at the time of filing.

6. ☒ The court reporter is not in default with regard to any designated transcripts.

If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** s/ Nima Gharavi **Date** Jul 20, 2026
*(use "s/[typed name]" to sign electronically-filed documents)*

# ATTACHMENT TO FORM 14 (CIRCUIT RULE 31-2.2(b) DECLARATION)
# ITEM 4: DETAILED EXPLANATION OF WHY THE EXTENSION OF TIME IS NECESSARY

Appellant seeks a brief extension of approximately one week to complete and file the opening brief, and submits the following showing of diligence and substantial need.

Since before entry of the order on appeal, Appellant has been experiencing a serious medical condition that remains undiagnosed. Appellant is currently under the care of multiple specialist physicians and is seeking further evaluation at an additional medical institution. The condition and its ongoing diagnostic workup have required frequent medical appointments and have imposed physical limitations that have materially reduced the time and sustained concentration Appellant has been able to devote to preparing the opening brief.

Appellant has exercised diligence despite these circumstances. Among other steps, Appellant rescheduled two physical-therapy appointments set for this week in an effort to preserve additional working time before the deadline. Even with those adjustments, the demands of Appellant's medical care have prevented completion of a thorough opening brief by the current due date. Because this appeal presents a question of first impression under 17 U.S.C. § 512(h), Appellant seeks the modest additional time necessary to ensure the opening brief adequately presents the issues for the Court's review.

Appellant recognizes that, under Circuit Rule 31-2.2(b), this motion is filed fewer than seven days before the current due date, and respectfully submits that the ongoing medical circumstances described above constitute good cause for that timing.

Appellant sought Google's position regarding this extension on the evening of Sunday, July 19, 2026, and had not received a response from Google at the time of filing. This request is made in good faith and not for purposes of delay, and Appellant will file the opening brief within the time requested.