**No. 26-3069**

---

IN THE

# United States Court of Appeals for the Ninth Circuit

---

NIMA GHARAVI,

*Petitioner-Appellant*,

v.

GOOGLE LLC,

*Respondent-Appellee*.

On Appeal from the United States District Court
for the Northern District of California
No. 3:25-mc-80164-WHO
Hon. William H. Orrick

---

**APPELLANT'S SUPPLEMENT TO MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

---

NIMA GHARAVI
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
nima@rightcallofficialsinc.com

*Petitioner-Appellant, Pro Se*

Petitioner respectfully supplements his pending motion for an extension of time to file the opening brief, filed July 20, 2026 (DktEntry 9.1), to inform the Court of the position of Appellee Google LLC. *See* Circuit Advisory Committee Note to Rule 27-1, ¶ (5). The motion stated that Google's position was unknown: Petitioner had sought it on the evening of Sunday, July 19, 2026, and had not received a response at the time of filing. On July 21, 2026, counsel for Google confirmed in writing that Google does not oppose the requested extension. The motion is accordingly unopposed.

Dated: July 21, 2026

Respectfully submitted,

s/ Nima Gharavi
Nima Gharavi

*Petitioner-Appellant, Pro Se*