UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 22 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: DMCA Section 512(h) Subpoena to Google LLC

---

NIMA GHARAVI,

Petitioner - Appellant,

v.

GOOGLE LLC,

Respondent - Appellee.

No. 26-3069

D.C. No.
3:25-mc-80164-WHO
Northern District of California,
San Francisco

ORDER

The motion (Docket Entry Nos. 9 & 10) for an extension of time to file the opening brief is granted.

The opening brief is due July 29, 2026. The answering brief is due August 28, 2026. The optional reply brief is due 21 days after the answering brief is served.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT