# Exhibit D

Payments

# Contracting entity is Google LLC

< Next: Contracting entity is Google Ireland >

Showing information for the following country: United States

If your contracting entity is Google LLC, then in accordance with the terms of your agreement with Google, you should not be required to invoice us for VAT. Please speak to your local tax advisors if you have further questions.

However, if your local government requires that you send a VAT invoice, you may send it to the address below. Please be aware that we do not process all invoices.

Google LLC
1600 Amphitheatre Parkway
Mountain View, CA
United States

For your reference, our VAT number is EU372000041.

**Note**: If you use AdSense to monetize on YouTube, visit US tax requirements for YouTube earnings to understand the US tax requirements for your US earnings.

## FAQs

Review the FAQs below for more information about providing tax information to Google.

- Do you withhold taxes?
- Which tax form should I fill out?
- Will you send me a Form 1099 or 1042-S?
- What is a taxpayer identification number (TIN)?
- What if I don't have a TIN?

### Do you withhold taxes?

Google has a responsibility under Chapter 3 of the U.S. Internal Revenue Code to collect tax information from all monetizing publishers and deduct taxes when they generate revenue from buyers in the U.S.

### Which tax form should I fill out?

You will be asked a series of questions to help you determine which tax form is appropriate. If you have any questions, please consult your tax advisor.

- A **Form W-9** is used by US persons (e.g., individuals, companies, partnerships, etc.)

- A **Form W-8BEN** or **Form W-8BEN-E** is used by non-US individuals and entities, respectively, who are the beneficial owner of the income received and may be used to claim treaty benefits (i.e., a reduced rate of withholding). Please note that individuals generally may not use a Form W-8BEN to claim treaty benefits under an independent personal services treaty article.
- A **Form W-8ECI** is used by non-US persons receiving income that is effectively connected to their US trade or business, have a US TIN, and file a US tax return at the end of the year.
- A **Form W-8EXP** is used by entities to establish non-U.S. beneficial owner status and eligibility for a reduced rate of tax withholding as a non-U.S. tax exempt organization, non-U.S. foreign private foundation, or international organization.
- A **Form W-8IMY** is used by certain non-US intermediaries, partnerships, and flow-through entities. Google may ask for additional documentation (e.g., allocation statement) if this form is provided.

## Will you send me a Form 1099 or 1042-S?

We will send IRS Forms 1099 and 1042-S to qualifying publishers as required by US tax law. Forms 1099-NEC will be sent before the end of January following the close of a tax year.

We will send a Form 1099 to you and the IRS if:

- You submitted a Form W-9 (or are otherwise presumed to be a US person), are not an exempt recipient, and were paid at least US $600 in a calendar tax year or
- You are subject to backup withholding and had taxes withheld

We will send a Form 1042-S to you and the IRS if:

- You submitted one of the Form W-8s or are otherwise presumed to be a non-US person; and
- You received US source income

We will not send you any forms or report your earnings to the IRS if:

- You have no earnings from the AdSense program or
- You have submitted a Form W-9 indicating you are an exempt recipient and did not have any taxes withheld or
- You have submitted a Form W-9, made less than $600, and did not have any taxes withheld or
- You are a non-US person and had no US source income

## What is a taxpayer identification number (TIN)?

A taxpayer identification number (TIN) is a tax processing number required by the IRS (the U.S. tax authority) for all U.S. tax forms. Non-U.S. citizens may need an individual TIN (ITIN). **If you are claiming a tax treaty benefit, you are required to provide either a Foreign TIN or a U.S. TIN.** Learn more about TINs from the IRS .

Note that pages on the IRS website aren’t maintained or reviewed by Google and Google can't confirm the accuracy of the information presented. If you have further questions, you may want to seek professional tax advice.

**To determine acceptable Tax Identification Numbers, please reference your local tax authority or seek professional tax advice**. Google can't provide tax advice.

Examples of Foreign TINs from around the globe may include (this list isn't exhaustive):

- **India:** Permanent Account Number (PAN).
- **Indonesia:** Nomor Pokok Wajib Pajak (NPWP).
- **Japan:** Individual Number (nicknamed "My Number").
- **Russia:** Taxpayer Personal Identification Number known as INN.
- **United Kingdom:** Unique Taxpayer Reference (UTR), National Insurance Number (NINO).

### What if I don't have a TIN?

U.S. individuals and businesses should have a U.S. tax ID and should provide one on a valid Form W-9.

Non-U.S. individuals and businesses are only required to supply Google with a tax ID if required by the instructions to the Form W-8 and/or if making a valid claim for tax treaty benefits under an income tax treaty. If you're required to provide a U.S. tax ID (e.g., an Employer Identification Number (EIN) or Social Security Number (SSN)) and you do not have one, you'll need to acquire one. We suggest that you obtain your TIN as soon as possible, as the process of obtaining a TIN may take several weeks.

There are 3 ways to get an EIN:

- Online: Click the EIN link at https://www.irs.gov/businesses/small-businesses-self-employed/apply-for-an-employer-identification-number-ein-online . Your EIN will be issued immediately once the application information is validated.
- By telephone at 1-800-829-4933 from 7:30 a.m. to 5:30 p.m. in the local time zone.
- By mailing or faxing Form SS-4, "Application for Employer Identification Number," to the IRS.

You can visit the Internal Revenue Service (IRS) site for more information on obtaining a U.S. TIN.

Next: Contracting entity is Google Ireland

Need more help?
Try these next steps:

**Post to the help community**
Get answers from community members

**Contact us**
Tell us more and we'll help you get there