# Exhibit 1

PERKINS COIE LLP
Elise Edlin, Bar No. 293756
EEdlin@perkinscoie.com
Torryn T. Rodgers, Bar No. 319126
TRodgers@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Todd M. Hinnen (*pro hac* forthcoming)
THinnen@perkinscoie.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Attorneys for Non-Party
Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA 512(h) SUBPOENA TO GOOGLE LLC, | Case No. 4:25-mc-80164-WHO<br><br>DECLARATION OF MEGHAN SCHRAMM IN SUPPORT OF NON-PARTY GOOGLE LLC'S OPPOSITION TO MOVANT'S MOTION TO COMPEL COMPLIANCE WITH DMCA SUBPOENA<br><br>Date: December 3, 2025<br>Time: 2:00 PM<br>Judge: Hon. William H. Orrick |

I, Meghan Schramm, declare as follows:

1. I am a Policy Specialist/Custodian of Records at Google LLC ("**Google**") and have been working with Google's in-house and outside counsel to respond to the above referenced subpoena. I submit this declaration in support of Google's Opposition to Movant's Motion to Compel Compliance with DMCA Subpoena. I have personal knowledge of the facts set forth in this declaration and am competent to testify to its contents.

2. When Google receives a DMCA Subpoena under Section 512(h) for information related to YouTube Videos, it notifies the YouTube account via the email address provided for the account holder and provides 10-days for the account holder to raise any objection to Google's production, including based on First Amendment issues. After 10 days, provided Google has received no objection or indication that the user intends to move to quash the subpoena, Google produces YouTube Basic Subscriber Information collected from the account holder when the account was created.

3. The YouTube Basic Subscriber Information contains fields for name and address of the account holder, but the user is not required to fill out these fields or to fill them out accurately, with their actual name and address.

4. AdSense is a separate Google service, and not by default associated with YouTube. AdSense and YouTube user data are stored and maintained separately in Google's ordinary course of business.

5. A YouTube user may or may not have an AdSense account, and if the user has an AdSense account it may or may not be used to generate revenue from YouTube content.

6. Similarly, an AdSense user may or may not have a YouTube account. AdSense allows creators and publishers to earn money by displaying high-quality, relevant ads from trusted advertisers on their website, games, and content.

7. AdSense does not store, host, or maintain users' content. It allows creators and publishers to earn and receive ad revenue generated by their content, regardless of what service provider the content is stored on.

8. AdSense and YouTube are governed by different Terms of Service. The AdSense

Terms of Service is located at https://adsense.google.com/adsense/terms, and the YouTube Terms of Service is located at https://www.youtube.com/static?template=terms. Each of these terms can also vary based upon the jurisdiction of the user signing up.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of October, 2025 in Austin, Texas.

By: *Meghan Schramm*
Meghan Schramm